UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIBEL REYES,

                           Plaintiff,

    -against-

GLOBAL CREDIT & COLLECTION CORPORATION
and CAPITAL ONE BANK (USA) N.A.,

                          Defendant(s).
-------------------------------------------------------------------X

Civil Action No.: 11 CV 0500

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Maribel Reyes, by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Global Credit & Collection Corporation and Capital One Bank with prejudice.

Dated: April 1, 2011
       New York, New York

For: **Maribel Reyes**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930


**SO ORDERED**

By:_____
Hon. _____ , USDJ